**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6094**

BRUCE W. KOENIG,

             Plaintiff - Appellant,

        v.

K. CORTEZ; JEFFREY BREWER; R. ADKINS; F. SHAMBAUGH; G.
MCKENZIE; BOBBY SHEARIN,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:13-cv-03603-JFM)

Submitted:  September 9, 2015       Decided:  September 11, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se.  Gina Marie Smith, MEYERS,
RODBELL & ROSENBAUM, P.A., Riverdale, Maryland; Stephanie Judith
Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Koenig v. Cortez</u>, No. 1:13-cv-03603-JFM (D. Md. Dec. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>